UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE R. CHULICK-PEREZ, an individual;<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a Virginia Limited Liability Company;<br>and DOES 1 through 10, inclusive,<br><br>　　　Defendants. | USDC No.: 2:13-CV-02329-TLN-DB<br>Complaint Filed: September 20, 2013<br>[Removed November 8, 2013]<br><br>**ORDER MODIFYING SCHEDULING ORDER [FRCP 16(b)(4)]** |

## ORDER

Based upon the Joint Stipulation of the parties, and good cause appearing therefore, IT IS ORDERED that:

The Scheduling Order shall be modified to reflect the following dates:

1. Discovery Cut-Off – August 31, 2016;

2. Expert Witness Disclosures – October 26, 2016;

3. Motion Hearing – February 23, 2017;

4. Final Pretrial Conference – June 15, 2017 at 2:00 p.m.;

5. Joint Pretrial Report – June 8, 2017;

6. Trial – August 21, 2017 at 9:00 a.m.


IT IS SO ORDERED.

Dated: September 8, 2016

Troy L. Nunley
United States District Judge

**ORDER MODIFYING SCHEDULING ORDER [FRCP 16(b)(4)]**